D-9 (rev. 07/09/14)

1:24-cv-67-TWP-MKK

FILED
12/28/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

12-28-23 by J.L. - 15 pages.
(date)   (initials)  (num)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: United States District Court | District: Southern District of Indiana |
|---|---|
| Name: Watkins, Christian | Docket or Case No.: ISR23-04-0029 |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 129307 |
| Name of Petitioner: Watkins, Christian  v. | Name of Respondent (Superintendent having custody of petitioner): Dennis Reagle |
| The Attorney General of the State of: Indiana | |

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: 4-10-23

3. Sanction(s) imposed: D/S for 1 yr, Lost 2 Credit Classes, Lost All Privlages for 45 Days, Lost 6043 Good time Days Lost over 20 years goodtime.

4. Nature of all infractions (rule violations) involved: Battery on Staff

5. What was your plea? (Check one)
   (a) Not Guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
   (a) Hearing Officer ☒
   (b) Full Hearing ☐
   (c) Other Specify ☒ one Hearing officer popped up while I was naked in shower Did Hearing.

~ 2 ~

7. Did you testify at the disciplinary hearing?  ☐ Yes  ☒ No

8. Did you appeal the decision of guilt and imposition of sanctions?  ☒ Yes  ☐ No

9. If you did appeal, answer the following:

   (a) Name and title of institutional reviewing authority: Christina Conyers Facultyhead

   (b) Result of appeal: Denied

   (c) Date of result: 6/02/23

   (d) Grounds raised: "I pled Not Guilty" Hearing Officer Lied Falsefyed State forms Said I plead Guilty

   (e) If you sought review from any denial of your appeal from a high reviewing authority, (Appeal Review Officer) answer the following: Deborah Pendsodee

   (i) Name and title of higher reviewing authority: ~~Christina Conyers Facultyhead~~

   (ii) Result of higher appeal: Denied

   (iii) Date of result: 6-02-2023

   (iv) Grounds raised: Same as Above.

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal?  ☐ Yes  ☒ No

11. If your answer to Question 10 was "Yes," please give the following information:

    (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Grounds raised: _____

    (4) Did you receive an evidentiary hearing on your petition, motion or application?
        ☐ Yes  ☒ No

    (5) Result: _____

(6) Date of result: _____

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?   ☐ Yes   ☒ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: I DID NOT Plead Guilty I Said NOT Guilty/ no Comment At hearing.

Supporting FACTS (state *briefly* without citing cases or law): Hearing officer Lied Said I plead Guilty, When I ABSOlutly DID not. And my Supporting facts Are. He Wanted me to Sign The Report of Disciplinary Hearing form After Hearing. I refused Because I DIDn't Plead Guilty. And Per Policy When AN Inmate Refuses to Sign The form, Hearing officer IS Supposed to Get Another Staff to Witness

That inmate Refused to Sign And Why? He Didnt Do That. Because I told C/O he Asked That I wasnt signing it Because he was saying I Plead Guilty when I did not. And That He Shouldnt Sign it either. And That C/O Said he was Staying out of whole mess! was not going Falseafy State Document!

B. Ground Two: Hearing Officer WAS not Impartial If Anything his Actions Show he was 100% Bias Against me.

Supporting FACTS (state *briefly* without citing cases or law): He lied About me Saying not Guilty, Didnt follow policy Regarding Singing The State Forms, Refused me Access to Evidence Listed on Disciplinary Report, He took 6043 Good Days, Plus 2 Credit Classes, About 20 years Added to Sentence, This is An IDOC Employee totally Bias. And The Reason I think he Falseafied my plea is #1 He Could And wanted to, #2 Doesnt have to look at real reason it happened. The Evidence, It Aint right A IDOC Employee

can have that kind of power all alone, without witness or verification, of any kind

C. Ground Three: Clearly stated on my Disciplinary Appeals, First Sentence "I Said not Guilty" And Both Appeals were Denied

Supporting FACTS (state briefly without citing cases or law): Faculty level Appeal (Denied) She said "I see zero due process errors" Appeal Down State says "due process of this case appear to be true and accurate" They Both totally ignored my claim of pleading not guilty. It's simple if I had plead guilty I would have signed the report. And it would be witnessed by another staff member. not just Bias hearing officer with more power that the Courts. Because He Don't Even have to keep accurate Records and Facts, Everything he did, He could have just wrote the truth I plead not guilty. But he was gona Find me guilty.

~ 6 ~

D. Ground Four: This Prison Has A Bad Problem of not Following procedures.

Supporting FACTS (state *briefly* without citing cases or law): Staff At This Faculity Falseafy All Kinds of Forms. By writing Some weird Excuse where our Signature is Supposd to be on State forms. When Ever we Dont Agree with them, They Do it on property forms, medical Refusals, Passes, Hair Cuts, Classifaction Forms, But This Has Gone to Far I Swear under penalty of purjury. I Plead not Guilty/ no Comment. I Followed policy, Singed my Forms. A lone Saff member shouldnt Be Allowed to Give me 20+ more years in Prison, With out Due Process And With out Any Kind of Over Sight.

13. If any of the grounds listed in ¶ 12A, B, C and/or D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them: my Appeal is Exact Same At Both levels

~7~

_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☐ Yes   ☒ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing:_____
b. Institutional level appeal:_____
c. Higher level appeal:_____

   **WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

_____
(signature)

Watkins, Christian
_____
(name, printed)
Petitioner / *Pro se*

~ 8 ~

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 5 day of December 20 23

_____
(signature)

Christian Watkins
(name, printed)
Petitioner / *Pro se*

IDOC # 125307
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001